**FORM 2 Page - 1**

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No.: 06-13879　　　　　　　　　　　　　　　　　　　Trustee Name: Roy Safanda
Case Name: Sells　　　　　　　　　　　　　　　　　　　　Bank Name: Old Second National Bank
Taxpayer ID#: 61-6328505　　　　　　　　　　　　　　　　Checking Acct #: 7000008800
For Period Ending: 8/31/07　　　　　　　　　　　　　　　Blanket bond (per case limit): $5,000,000.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 12/13/06 | 1 | Debtor | Turnover | 1129-00X | 210.44 | | 210.44 |
| 02/03/07 | 1 | Inter. Sur. | Bond Prem. | 2300-00X | | 7.53 | 202.91 |
| 08/31/07 | | | | | | | 202.91 |

　　　　　　　　　　　　　　　　　COLUMN TOTALS　　　　　　　　　　$210.44　　$7.53　　$202.91
　　　　　　　　　　　　　　　Less: Bank transfers/CDs　　　　　　　　_____
　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　Less: Payments to debtors　　　　　　　_____
　　　　　　　　　　　　　　Net

FORM 2 Page - Page 2 of 2

## CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 06-13879  Trustee Name: Roy Safanda
Case Name: Sells  Bank Name: Old Second National Bank
Taxpayer ID#: 61-6328505  MM #: 8000002041
For Period Ending: 8/31/07  Blanket bond (per case limit): $5,000,000.00
 Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| 12/13/06 | 1 | Debtor | Turnover | 1129-00X | 2,045.79 | | 2,045.79 |
| 12/13/06 | 2 | " | " | 1129-00X | 7,954.21 | | 10,000.00 |
| 12/31/06 | 9 | Old 2nd NB | Interest | 1270-00X | 18.18 | | 10,018.18 |
| 01/31/07 | " | " | " | 1270-00X | 31.22 | | 10,049.40 |
| 02/28/07 | " | " | " | 1270-00X | 27.83 | | 10,077.23 |
| 03/31/07 | " | " | " | 1270-00X | 30.92 | | 10,108.15 |
| 04/30/07 | " | " | " | 1270-00X | 28.11 | | 10,136.26 |
| 05/31/07 | " | " | " (est.) | 1270-00X | 28.00 | | 10,164.26 |
| 06/30/07 | " | " | " (est.) | 1270-00X | 27.00 | | 10,191.26 |
| 07/31/07 | " | " | " (est.) | 1270-00X | 28.00 | | 10,219.26 |
| 08/31/07 | " | " | " (est.) | 1270-00X | 28.00 | | 10,247.26 |

COLUMN TOTALS  $10,247.26  $0.00  $10,247.26
 Less: Bank transfers/CDs  _____
Subtotal
 Less: Payments to debtors  _____
Net