### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE:                                )
                                      ) Bankruptcy No. 06-13879
SELLS, MICHAEL,                       ) Chapter 7
                                      ) Judge Manuel Barbosa
        Debtor.                       )

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
### ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
### ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: **KANE COURTHOUSE, 100 S. 3ʳᴰ STREET, COURTROOM 140, GENEVA, IL. 60134**

   On: **OCTOBER 4, 2007**                              Time: **10:00A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $    10,457.70 |
   | Disbursements | $    7.53 |
   | Net Cash Available for Distribution | $    10,450.17 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda | $0.00 | $1,795.77 | $67.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  30,904.34  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  28  %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001-1 | IRS | $30,904.34 | $8,586.65 |

7. Claims of general unsecured creditors totaling $ 8,178.10  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be   0  %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001-1 | IRS | $3,629.59 | $0.00 |
| 002-1 | Chase | $4,548.51 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

| | | |
|---|---|---|
| Jewelry $50.00 | Auto $1,875.00 | Books $200.00 |
| Hobby  $500.00 | Household $1,200.00 | |

Dated:  **AUGUST 22, 2007**              For the Court,

                                                                By:    **KENNETH S. GARDNER**
                                                                         Kenneth S. Gardner
                                                                         Clerk of the U.S. Bankruptcy Court
                                                                         219 S. Dearborn Street, 7th Floor
                                                                         Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing