# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE: )
    ) Bankruptcy No. 06-13879
SELLS, MICHAEL, ) Chapter 7
    ) Judge Manuel Barbosa
    Debtor. )

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: **KANE COURTHOUSE, 100 S. 3RD STREET, COURTROOM 140, GENEVA, IL. 60134**

   On: **OCTOBER 4, 2007**　　　　　　　　　　Time: **10:00A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $   10,457.70 |
   | Disbursements | $   7.53 |
   | Net Cash Available for Distribution | $   10,450.17 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda | $0.00 | $1,795.77 | $67.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 30,904.34 , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  28  %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001-1 | IRS | $30,904.34 | $8,586.65 |

7. Claims of general unsecured creditors totaling $ 8,178.10 have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  0  %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001-1 | IRS | $3,629.59 | $0.00 |
| 002-1 | Chase | $4,548.51 | $0.00 |

Page 2

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

| | | |
|---|---|---|
| Jewelry $50.00 | Auto $1,875.00 | Books $200.00 |
| Hobby  $500.00 | Household $1,200.00 | |

Dated: **AUGUST 22, 2007**         For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

879   Doc 24   Filed 08/22/07   Entered 08/24/07 23:53:34   Desc Imaged
          Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward              Page 1 of 1           Date Rcvd: Aug 22, 2007
Case: 06-13879                 Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Aug 24, 2007.
 db           +Michael Sells,    6756 Slate Dr,    Carpentersville, IL 60110-2495
 aty          +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
 aty          +Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
10983445      +Allied Interstate Inc,    435 Ford Rd Ste 800,    Minneapolis, MN 55426-1096
10983446      +Captial One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
10983447      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10983448       Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
11068713      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10983449      +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
10983451      +HSBC/Best Buy,    PO Box 6985,    Bridgewater, NJ 08807-0985
10983450      +Harris,    600 W Jackson Suite 700,    Chicago, IL 60661-5629
10983452       Hsbc/rhode,    200 Beneficial Ctr,    Peapack, NJ 07977
10983453     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: IRS,    PO Box 21126,    Philadelphia, PA 19114)
10983444      +Jaime Dowell,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10983454       John M. Smith Homemakers,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
10983455       MBNA America,    PO Box 15026,    Wilmington, DE 19850-5026
10983456      +Sherman Hospital,    Harris & Harris,    600 W. Jackson, Ste. 700,    Chicago, IL 60661-5629

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10983443*    +Michael Sells,    6756 Slate Dr,    Carpentersville, IL 60110-2495
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2007**          **Signature:** _Joseph Speetjens_