**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 06-13879 |
| SELLS, MICHAEL, ) | Chapter 7 |
| ) | Judge Manuel Barbosa |
| Debtor. ) | |

**DISTRIBUTION REPORT**

I, ROY SAFANDA, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I have made the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 1,863.52 |
| Chapter 11 Administrative Expenses: | $   -0- |
| Priority Claims (507(a)(3)-(a)(6)): | $   -0- |
| Secured Tax Liens: | $   -0- |
| Priority Tax Claims: | $ 8,623.04 |
| General Unsecured Claims: | $ 0.00 |
| Other: _____ | $   -0- |
| _____ | $   -0- |
| _____ | $   -0- |

TOTAL AMOUNT TO BE DISTRIBUTED:   $ 10,486.56

**EXHIBIT D**

DISTRIBUTION REPORT          PAGE 2 OF 8

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 1,863.52 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Trustee's comp. requested | $ 1,795.77 | $ 1,795.77 |
| | Trustee's expenses requested | 67.75 | 67.75 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT  - (CONT'D)      PAGE 3 of 8

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(4) - Contributions to Employee Benefit Plans | $   -0- | |

DISTRIBUTION REPORT - CONT'D          PAGE 4 OF 8

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000 | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(6) - Deposits by consumers to the extent of $1,800 | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

<u>DISTRIBUTION REPORT</u> - CONT'D  PAGE 5 OF 8

| **8. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(A)(7) - Alimony, Maintenance and Support | $    -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 724(b) Tax Liens | $    -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **10. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(8) - Tax claims excluding fines and penalties | $30,904.34 | 28% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | $30,904.34 | $8,623.04 |

DISTRIBUTION REPORT - CONT'D					PAGE 6 OF 8

| **11. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(9) - Capital commitments to Federal Depository Institutions | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 8,178.10 | 0% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| 001-1 | IRS | $ 3,629.59 | 0.00 |
| 002-1 | Chase | $ 4,548.51 | 0.00 |
|  |  | $8,178.10 | $   0.00 |

| **13. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(3) - Late unsecured claims. | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D    PAGE 7 OF 8

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(4) - Fines/ Penalties | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(5) - Interest | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(6) - Surplus To Debtor | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

DISTRIBUTION REPORT - CONT'D.          PAGE 8 OF 8

     The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NO. | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

     **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 7, 2007     /s/ Roy Safanda
                                               Trustee